**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**TIFFANY HARPER, ET AL.**                                                               **PLAINTIFFS**

**VS.**                              **CASE NO. 1:09CV0022 JMM**

**WEST SIDE SCHOOL DISTRICT, ET AL.**                                       **DEFENDANTS**

**ORDER**

For the reasons stated on the record at the hearing held on Wednesday, May 13, 2009, in the above styled case, plaintiffs' Motion for Temporary Restraining Order and Permanent Injunction is denied (#2).

IT IS SO ORDERED THIS  14  day of   May  , 2009.

_____
James M. Moody
United States District Judge