IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**TIFFANY HARPER, ET AL.**                                                                 **PLAINTIFFS**

**VS.**                    **CASE NO. 1:09CV00022 JMM**

**WEST SIDE SCHOOL DISTRICT, ET AL.**                                          **DEFENDANTS**

### ORDER

Plaintiffs' unopposed Motion to Dismiss their compliant is granted (#19).  The complaint is dismissed without prejudice with all parties to bear their own costs and fees.

IT IS SO ORDERED THIS  23   day of   October , 2009.


_____
James M. Moody
United States District Judge